RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3, 20, 06
BY Dm

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RAYMOND SIMMONS | CIVIL ACTION NO. 06-0200 |
| versus | JUDGE STAGG |
| SENATOR MAX MALONE, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that the Clerk of Court is ordered to decline to accept and file any civil complaint submitted pro se by Raymond Simmons unless the complaint has been presented first to a district judge of this court and the judge has specifically authorized in writing that the complaint may be filed.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 17th day of March, 2006.

TOM STAGG
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 3/20/06
BY: DM
TO: INTAKE